**No. 10-11142. Maurece Kavel, Petitioner v. Lupe Marshall, Warden.**

565 U.S. 1075, 132 S. Ct. 804, 181 L. Ed. 2d 515, 2011 U.S. LEXIS 8385.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 869, 132 S. Ct. 220, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 6956.